# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 4:19-CR-00127-RSB-CLR |
| ) | |
| v. ) | |
| ) | |
| DE'VON LE'EDWARD WALKER, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING ROBERT C. HUGHES, III'S APPLICATION FOR LEAVE OF ABSENCE

Upon consideration of the Defense Counsel Robert C. Hughes, III's Application for Leave of Absence, and appearing that there is good cause to grant the motion,

It is **ORDERED** that the Defense Counsel Robert C. Hughes, III's Application for Leave of Absence is **GRANTED** during the period of October 7, 2019 through October 11, 2019. The attorney must make arrangements for other counsel to appear in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED**, this 8th day of October, 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA